United States Courts
Southern District of Texas
FILED

JUL 30 2019 NO

David J. Bradley, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | |
| | § | |
| **MOKTAR HOSSAIN;** | § | **CRIMINAL NO. 5:18-CR-0912-S** |
| AKA Muktar Hussain; AKA Musa; | § | |
| AKA Musa Bhai; AKA Babu Bhai; | § | |
| AKA Ashraf; AKA Ashrab; | § | |
| AKA Ricky; AKA Carlos, and | § | **UNDER SEAL** |
| | § | |
| **MILON MIAH;** | § | |
| AKA Milon Mia; | § | |
| AKA Milon; AKA Melon | § | |

**MOTION FOR BENCH WARRANT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States Department of Justice, Criminal Division, Human Rights and Special Prosecutions Section, and respectfully moves this Honorable Court to issue a Bench Warrant for the arrest of defendants **MOKTAR HOSSAIN** AKA Muktar Hussain, Musa, Musa Bhai, Babu Bhai, Ashraf, Ashrab, Ricky, Carlos and **MILON MIAH** AKA Milon Mia, Milon, Melon, on the grounds that a Superseding Indictment has been filed against said defendants on **July 30, 2019**.

WHEREFORE, PREMISES CONSIDERED, the Government respectfully requests this Honorable Court issue a Bench Warrant for the arrest of Defendants **MOKTAR HOSSAIN** and **MILON MIAH.**

Respectfully submitted,

BRIAN BENCZKOWSKI
Assistant Attorney General
Department of Justice

By: Erin J. Cox
Erin Cox – IL Bar No. 6308801
James Hepburn – PA Bar No. 200051
Trial Attorneys
Human Rights and Special Prosecutions

U.S. Department of Justice, Criminal Division
1301 New York Ave. NW, 3rd Floor
Washington, D.C. 20530
202-598-2771
erin.cox@usdoj.gov