**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MOKTAR HOSSAIN;** | § | **CRIMINAL NO. 5:18-CR-0912-S** |
| AKA Muktar Hussain; AKA Musa; | § | |
| AKA Musa Bhai; AKA Babu Bhai; | § | |
| AKA Ashraf; AKA Ashrab; | § | |
| AKA Ricky; AKA Carlos, and | § | **UNDER SEAL** |
| [redacted] | § | |
| | § | |
| | § | |
| | § | |

**ORDER TO SEAL INDICTMENT, ENTER WARRANT IN NCIC**

The Government's Motion to SEAL the above-referenced Superseding Indictment and Motion and Order to Seal as to the above defendants is hereby GRANTED until the arrest of defendant [redacted] at which time this Superseding Indictment, Motion and Order shall be unsealed only as to the defendant arrested. The United States Marshal's Service for the Southern District of Texas is also hereby ORDERED to enter the Warrant for Arrest of the above defendant(s) into the National Crime Information Center (NCIC) database UPON THE ORAL OR WRITTEN REQUEST of any Trial Attorney in the United States Department of Justice, Criminal Division, Human Rights and Special Prosecutions Section. Law enforcement is hereby PERMITTED to disclose the Indictment and Warrant for Arrest as may be necessary for law enforcement during the arrest and extradition and/or parole process.

DONE at Laredo, Texas, on this 30th day of July, 2019.

Diana Song Quiroga
UNITED STATES MAGISTRATE JUDGE

**U.S. MARSHAL'S OFFICE**
**BY:** [signature]
**DATE:** 7-30-19
**TIME:** 4:48 pm