United States District Court
Southern District of Texas
**ENTERED**
October 02, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

UNITED STATES OF AMERICA

vs

Milon Miah
*Defendant*

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Case Number: 5:18−cr−00912

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for October 9, 2019 at 10:00 AM before United States Magistrate Judge Sam S Sheldon at 1300 Victoria, , Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

Sam S. Sheldon
United States Magistrate Judge

Date: **October 2, 2019**