UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL ACTION NO. 18-cr-912-S |
| Milon Miah | § | |
| | § | |

DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING

Defendant, Milon Miah, files this response to the Notice of Detention Hearing which was issued by the Court. After further investigation, Defendant wishes at this time to waive his/her right to the detention hearing, subject to his/her right to bring a motion concerning detention at a later date.

Respectfully submitted,

xMILON
DEFENDANT

10/2/19
DATE

ATTORNEY FOR DEFENDANT