**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA

v. Case Number: 5:18−cr−00912

Moktar Hossain
Mohamad Milon Hossain

---

# NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Diana Song Quiroga

**PLACE:**
Courtroom 2B
United States District Court
1300 Victoria St
Laredo, TX

**DATE:** 10/16/2019

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Arraignment
Initial Appearance
Status Conference

Date: October 10, 2019

David J. Bradley, Clerk