United States District Court
Southern District of Texas
**ENTERED**
November 07, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 5:18-CR-00912-S2** |
| | § | |
| **MOHAMAD MILON HOSSAIN,** | § | |
| AKA Milon Miah, | § | |
| AKA Milon Mia, | § | |
| AKA Milon, | § | |
| AKA Melon | § | |

**ORDER ON MOTION TO CERTIFY**

On this day came to be heard the Government's Motion to Certify the above-styled case as complex pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii), or alternatively, (iv), which constitutes excludable time under the Speedy Trial Act. Having considered the evidence and the argument of counsel as set forth in the motion, said Motion is hereby:

GRANTED / DENIED.

The above-styled cause of action is certified as complex pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii).

OR

The above-styled cause of action is certified as complex pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv).

The Court sets a deadline for the filing of all pre-trial motions is TBA, 2019.

The pre-trial conference is set for TBA, 2019.

DONE at Laredo, Texas on Nov. 6th, 2019.

Hon. Diana Saldaña
United States District Judge