**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA

v. Case Number: 5:18−cr−00912

Mohamad Milon Hossain

---

# NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Diana Saldana

**PLACE:**
Courtroom 3B
United States District Court
1300 Victoria St
Laredo, TX

**DATE:** 12/20/2019

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date: December 9, 2019

David J. Bradley, Clerk