**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA

v. Case Number: 5:18−cr−00912

Mohamad Milon Hossain

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Diana Saldana

**PLACE:**
Courtroom 3A
United States District Court
1300 Victoria St
Laredo, TX

**DATE:** 3/5/2020

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Final Pretrial Conference

Date: March 5, 2020

David J. Bradley, Clerk