United States District Court
Southern District of Texas

**ENTERED**

March 05, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 5:18−cr−00912 |
| | § | |
| Mohamad Milon Hossain | § | |

**ORDER ON PRE−SENTENCE INVESTIGATION REPORT AND SENTENCING DATE**

On March 5, 2020, the Defendant having been found guilty upon a plea of guilty or by verdict of the jury, the following schedule is hereby established:

1. No later than May 19, 2020, the United States Probation Office will complete a Presentence Investigation Report. It is the responsibility of counsel to obtain the PSI Report from the Probation Office. The Probation Office is not required to further advise counsel of the completion of the PSI Report.

2. Within 14 calendar days after the PSI Report is available, the parties must either state in writing any objections or make a written statement advising that there are no objections. Consistent with the Southern District's Administrative Procedures for Electronic Filing in Civil and Criminal Cases, any such documents related to the PSI Report must be electronically filed under seal. Counsel must also furnish a hard copy of any such documents to the Probation Office. Electronic filing is not a substitute for providing a hard copy. Any Acceptance of Responsibility statement must be signed by the Defendant.

3. No later than 14 calendar days after receiving the objections to the original PSI Report, the Probation Office will complete and submit to the sentencing Judge a final PSI Report, together with an addendum describing any objections that have not been resolved and the Probation Officer's comments thereon.

4. Promptly after receiving the final version of the Presentence Report, the Court shall fix a sentencing date. The defendant and counsel are expected to be available on 48 hours notice, absent good cause.

BY ORDER OF THE COURT.

Diana Saldaña
United States District Judge