# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

# LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 5:18-cr-00912-S2** |
| | § | |
| **MOHAMAD MILON HOSSAIN;** | § | |
| **AKA MILON MIAH;** | § | |
| **AKA MILON MIA;** | § | |
| **AKA MILON;** | § | |
| **AKA MELON,** | § | |
| | § | |
| **Defendant.** | | |

## PLEA AGREEMENT -- ADDENDUM

I have fully explained to Defendant his rights with respect to the pending Superseding Indictment. I have reviewed the provisions of the United States Sentencing Commission's Guidelines Manual and Policy Statements and I have fully and carefully explained to Defendant the provisions of those Guidelines which may apply in this case. I have also explained to Defendant that the Sentencing Guidelines are only advisory and the court may sentence Defendant up to the maximum allowed by statute per count of conviction. Further, I have carefully reviewed every part of this plea agreement with Defendant. To my knowledge, Defendant's decision to enter into this agreement is an informed and voluntary one.

[signature] 3/5/20

Adrian Chapa Date

I have consulted with my attorney and fully understand all my rights with respect to the Superseding Indictment pending against me. My attorney has fully explained, and I understand, all my rights with respect to the provisions of the United States Sentencing Commission's Guidelines Manual which may apply in my case. I have read and carefully reviewed every part of this plea agreement with my attorney. I understand this agreement and I voluntarily agree to its terms.

MILON 3/5/20

Mohamad Milon Hossain Date