**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CR. NO. 5:18-CR-00912-S2-002** |
| | § | |
| **MOHAMAD MILON HOSSAIN** | § | |
| **AKA: MILON MIAH, AKA: MILON MIA, AKA: MILON, AKA: MELON** | § | |

# <u>ORDER</u>

The Court having considered the Second Unopposed Motion to Extend Time to File Response to the Presentence Investigation Report finds the Motion should be and same hereby is

__________ Granted __________ Denied

The deadline to respond to the Presentence Investigation Report is set for ________________________, 2020.

Signed on ___________________________________.

___________________________________
DIANA SALDAÑA
UNITED STATES DISTRICT JUDGE