**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRCIT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CAUSE NO. 5:18-CR-00912-S2-002** |
| | § | |
| **MOHAMAD MILON HOSSAIN** | § | |
| **AKA: MILON MIAH, AKA: MILON MIA,** | § | |
| **AKA: MILON, AKA: MELON** | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUIANCE OF FINAL SENTENCING**

TO THE HONORABLE DIANA SALDAÑA, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS:

The Defendant, MOHAMAD MILON HOSSAIN, by and through his attorney Adrian Chapa III, moves this Honorable Court to continue the Final Sentencing hearing, based on the following:

I.

**MOHAMAD MILON HOSSAIN** is indicted for violations of 8 U.S.C. § 1324 (a)(1)(A)(v)(I) and 1324 (a)(1)(A)(i) and 8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2. On December 15, 2020, the undersigned received a notice of setting of the defendant through CM/ECF for January 7, 2021 at 10:00 a.m.

II.

The undersigned respectfully requests an additional 90 days to conduct a second debrief with government agents. Due to the novel Covid 19 virus and the language barrier that exists, undersigned counsel and the government have been unable to coordinate a date and time to conduct a second debrief interview. The defendant speaks Bengali; therefore, an interpreter will also be required to translate for the interview.

III.

The undersigned has conferred with the AUSA assigned to this case, James Hepburn, and he is unopposed to this motion.

WHEREFORE PREMISES CONSIDERED, the Defendant prays that this Court will grant his motion and extend his time to conduct a debrief for at least 90 days.

Respectfully submitted,

Saenz & Chapa, PLLC

*/s/ Adrian Chapa III*
Adrian Chapa III
1302 Washington St.
Laredo, Texas 78040
(956) 723-5520
(956) 728-8789
State Bar No. 24038811
adrian@chapa-law.com

**CERTIFICATE OF SERVICE**

This is to certify that on December 28, 2020, a true and correct copy of the above and foregoing document was served on the Assigned AUSA via EC/CMF.

*/s/ Adrian Chapa III*
Adrian Chapa III