**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CAUSE NO. 5:18-CR-00912-S2-002** |
| | § | |
| **MOHAMAD MILON HOSSAIN** | § | |
| **AKA: MILON MIAH, AKA: MILON MIA,** | § | |
| **AKA: MILON, AKA: MELON** | § | |

# ORDER

The Court having considered the Defendant's Unopposed Motion Continuance of Final Sentencing finds the Motion should be and same hereby is

__________ Granted __________ Denied

The deadline to conduct a debrief is set for ________________________, 2021.

Signed on ___________________________________.

______________________________________
DIANA SALDAÑA
UNITED STATES DISTRICT JUDGE