**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

United States of America

*versus* Case Number: 5:18−cr−00912

Mohamad Milon Hossain

---

## Notice of Setting

**A proceeding has been set in this case as to Mohamad Milon Hossain as set forth below.**

**BEFORE:**
**Judge Diana Saldana**

**LOCATION:**
Courtroom 3A
United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 8/10/2021

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Sentencing

---

Date: July 8, 2021 Nathan Ochsner, Clerk