**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal Docket No. 5:18-CR-912-S2-002** |
| | § | |
| **MOHAMAD MILON HOSSAIN** | § | |

**MOTION TO CONTINUE FINAL SENTENCING**

TO THE HONORABLE DIANA SALDAÑA, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS:

COMES NOW DEFENDANT, MOHAMAD MILON HOSSAIN, through his attorney ADRIAN CHAPA III, and files this Unopposed Motion to Continue Final Sentencing and in support of this motion, would show the following:

**I.**

1. Mr. Hossain stands charged with conspiracy to bring an alien to the United States and bringing an alien to the United Stated and aiding and abetting, in violation of Title 8 United States Code, Sections 1324(a)(1)(A)(I), (a)(1)(A)(i), (a)(2)(B)(ii), (v)(I), (B)(i) and 8 United States Code, Sections 2.

2. Final Sentencing is currently scheduled for August 10, 2021, before United States Magistrate Judge Diana Saldaña.

**II.**

3. On August 10, 2021, undersigned counsel is scheduled for Trial under 5:21-CR-01063, US v. Christopher Faust.

4. Undersigned counsel is requesting a continuance of the Final Sentencing due to a federal trial setting.

5. This motion is not made to harass this court, and it is in the interest of justice that it be granted in that the ends of justice served by the granting of such continuance outweigh the bests interests of the public.

## CERTIFICATE OF CONFERENCE

On August 6, 2021, undersigned counsel was unable to confer with AUSA, James Bruce regarding this motion.

## PRAYER

WHEREFORE PREMISES CONSIDERED, the defendant, Mohamad Milon Hossain. by and through counsel, respectfully files this motion to continue the Final Sentencing setting from its current setting of August 10, 2021.

Respectfully Submitted,

*/s/ Adrian Chapa III*

ADRIAN CHAPA III
Texas State Bar No. 24038811
Southern District of Texas No. 600842
LAW OFFICE OF ADRIAN CHAPA III, PLLC
1302 Washington St.
Laredo, Texas 78040
Tel: (956)723-5520
Fax: (844)820-4844
adrian@chapa-law.com
**Attorney for MOHAMAD MILON HOSSAIN**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 6th day of August 2021, a copy of the foregoing Motion to Continue Final Sentencing was delivered and served by Notification of Electronic Filing to Assistant United States Attorney, James Bruce Hepburn.

*/s/ Adrian Chapa III*
ADRIAN CHAPA III
Attorney for Mohamad Milon Hossain