**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal Docket No. 5:18-CR-912** |
| | § | |
| **MOHAMAD MILON HOSSAIN** | § | |

**ORDER**

Having considered Defendant, **MOHAMAD MILON HOSSAIN'S**, Unopposed Motion to Continue Final Sentencing, it is the Court's opinion that the motion is proper and, it is accordingly;

**GRANTED / DENIED**

The new Final Pretrial Conference is set for ____________________ at _____________.

SIGNED at Laredo, Texas, on the _______ day of ________________________, 2021.

____________________________________
JUDGE DIANA SALDAÑA
United States District Judge